**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DOUGLAS SIMPSON,
Individually and on behalf of all
similarly situated individuals,

    Plaintiff,

v.

JK&T WINGS, INC.,

    Defendant.

Case No: 3:22-cv-11435-RHC-APP

Hon. Robert H. Cleland

| | |
|---|---|
| Noah S. Hurwitz (P74063)<br>Grant M. Vlahopoulos (P85633)<br>Kara F. Krause (P85487)<br>Hurwitz Law PLLC<br>Attorneys for Plaintiffs<br>617 Detroit Street, Suite 125<br>Ann Arbor, MI 48104<br>(844) 487-9489<br>noah@hurtwitzlaw.com<br>grant@hurwitzlaw.com<br>kara@hurwitzlaw.com | David M. Cessante (P58796)<br>Clark Hill PLC<br>Attorneys for Defendant<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI 48226<br>(313) 965-8300<br>dcessante@clarkhill.com |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated, by and between counsel for Plaintiff Douglas Simpson, individually and on behalf of all similarly situated individuals, and Defendant JK&T Wings, Inc., that all the claims set forth by Plaintiff against Defendant in the above-captioned action are dismissed with prejudice and without interest, costs, or attorneys' fees to any Party.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff, Douglas Simpson, has joined all claims that he has had at any time up to the entry of this order against JK&T Wings, Inc., Patton Wings, Inc., and their predecessors, successors, parents, subsidiaries, affiliates, related entities, past and current officers, trustees, directors, board members, employees, agents, attorneys, insurance carriers and assigns; and

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the Complaint and all causes of action so joined shall be dismissed with prejudice, with no costs or attorney fees awarded to any party.

This order disposes of all claims and closes the case.

IT IS SO ORDERED.

Dated: September 21, 2022         _s/Robert H. Cleland_
                                   Hon. Robert H. Cleland

Stipulated to by:

/s/ *Noah S. Hurwitz*  
Noah S. Hurwitz (P74063)  
Hurwitz Law PLLC  
Attorney for Plaintiff

 /s/ *David M. Cessante*  
David M. Cessante (P58796)  
Clark Hill PLC  
Attorneys for Defendant

Dated:  September 20, 2022